**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JENNIFER D. ELLIOT                                                           PLAINTIFF

v.                                        NO. 1:14CV00027 JLH

EATON CORPORATION                                                      DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel for the plaintiff that a settlement has been reached in this

matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against

defendant be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 30 days to vacate this Order and to reopen the

action if it is satisfactorily shown that settlement has not been completed and further litigation is

necessary.

IT IS SO ORDERED this 23rd day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE